IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY DEMONE PAMPHILLE,          2:21-cv-00482 WJ/LF

    Plaintiff,

v.

THE CITY OF ALAMOGORDO, HECTOR BALDERAS,
ATTORNEY GENERAL OF NEW MEXICO,
BRIAN FITZGERALD, CHIEF DEPUTY GENERAL COUNSEL,
MICHELLE L. GRAHAM, JANICE SMOTHERMAN,
DAREN MEDINA, JONATHAN MILLER, JAN WIMBERLY,
MARIO TORRES, OTERO COUNTY DETENTION
CENTER CAPTAIN, AND
OTERO COUNTY DETENTION CENTER
CORRECTIONAL SERVICE DIRECTOR,

    Defendants.

## CERTIFICATE OF SERVICE

MYNATT MARTÍNEZ SPRINGER P.C. (Damian L. Martínez), counsel for the Defendant Otero County Detention Center Defendants, hereby certify *Defendant John Doe 3 Otero County Correctional Service Director And John Doe 4 The Otero County Detention Center Captain Motion To Dismiss Plaintiff's First Amended Complaint [Doc. 1-1 Pgs. 32-7-47] (Doc. 5)* was mailed via United States Postal Service First Class mail on June 3, 2021 to Plaintiff Anthony Demone Pamphille at the following addresses:

Anthony Pamphille
P.O. Box 2301
Alamogordo, NM 88310

Anthony Pamphille
NMCD#: 49741
1983 Joe R. Silva Blvd
Las Cruces, NM 88004

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

*[signature]*

_____
DAMIAN L. MARTÍNEZ
New Mexico Bar No. 14678
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
dlm@mmslawpc.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June 2021, a copy of the foregoing pleading was served on the following:

Anthony Pamphille
P.O. Box 2301
Alamogordo, NM 88310

Anthony Pamphille
NMCD#: 49741
1983 Joe R. Silva Blvd
Las Cruces, NM 88004

(Via First Class USPS)

Patricia G. Williams
Attorneys for Michelle L. Graham
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
pwilliams@wwwlaw.us
Via CM/ECF

CROTALUS LAW LLC
Jonathan C. Miller
120 Granite Ave NW
Albuquerque, NM 87102
jon@rattlesnakelaw.com
Via CM/ECF

*[signature]*

_____
DAMIAN L. MARTÍNEZ

*Defendant Otero County Detention Center's Certificate of Service*